**UNITED STATES of America,**
**Plaintiff-Appellant,**

v.

**Terry Wayne DENSON, Stephen Orlando and Joseph James Janish, Defendants-Appellees.**

**In re UNITED STATES of America, Petitioner.**

**Nos. 78–2102, 78–2508.**

United States Court of Appeals, Fifth Circuit.

March 30, 1979.

J. A. "Tony" Canales, U.S. Atty., Mary L. Sinderson, Asst. U.S. Atty., Houston, Tex., Brian K. Landsberg, Joel L. Selig, Dennis J. Dimsey, Drew S. Days, III, John E. Huerta, Appellate Sec., Civil Rights Div., Washington, D. C., for plaintiff-appellant.

Robert C. Bennett, Houston, Tex., for Denson.

Michael W. Ramsey, Houston, Tex., for Orlando.

Michael A. Andrews, Houston, Tex., for Janish.

E. W. Barnett, B. J. Bradshaw, Leroy Jeffers, Houston, Tex., Tom Mills, Jr., Dallas, Tex., for Nat'l Assn. of Criminal Defense Lawyers, Inc., amici curiae.

**4**

ON PETITIONS FOR REHEARING AND
PETITIONS FOR REHEARING
EN BANC

(Opinion February 5, 1979, 5 Cir.,
1979, 588 F.2d 1112).

Before BROWN, Chief Judge, COLE-
MAN, GOLDBERG, AINSWORTH, GOD-
BOLD, CLARK, RONEY, GEE, TJOFLAT,
HILL, FAY, RUBIN and VANCE, Circuit
Judges.

BY THE COURT:

A member of the Court in active service
having requested a poll on the application
for rehearing en banc and a majority of the
judges in active service having voted in
favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be
reheard by the Court en banc on briefs
without oral argument. The Clerk shall set
a briefing schedule for the filing of supple-
mental briefs.